UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DARIS A. POTTER | ) | |
| | ) | |
| v. | ) | NO. 2:13-CV-310 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 15]. No objections have been filed to this report. After careful consideration of the record as a whole, the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, the motion for judgment on the pleadings filed by the plaintiff is **DENIED**, [Doc.11], the motion for summary judgment filed by the defendant is **GRANTED,** [Doc. 13], and the plaintiff's complaint is **DISMISSED**.

ENTER:

                                                                             s/J. RONNIE GREER
                                                 UNITED STATES DISTRICT JUDGE